# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GREGORY PETERSON, | Case No. 20-CV-2248 (NEB/KMM) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on April 22, 2021 (ECF No. 20), IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE and on the merits, without costs, disbursements, or attorneys' fees to any party.

Dated: April 23, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge